JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONNA GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, Inc.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:19-cv-01577-JCM-DJA<br><br>JOINT MOTION FOR **EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 2,

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

2019, through and including **October 16, 2019**. The request was made by Equifax, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 2nd day of October, 2019.

| **CLARK HILL PLLC** | No opposition |
|---|---|
| By: /s/ Jeremy J. Thompson<br>Jeremy J. Thompson<br>Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: jthompson@clarkhill.com<br><br>Attorney for Defendant Equifax Information Services LLC | /s/ Shaina R. Plaksin<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar No. 13848<br>Shaina R. Plaksin<br>Nevada Bar No. 13935<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br>Phone: (702) 856-7430<br>Fax: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: October 3, 2019