1  **JENNIFER BERGH**
   Nevada Bar No. 14480
2  **QUILLING SELANDER LOWNDS**
   **WINSLETT & MOSER, P.C.**
3  6900 N. Dallas Parkway, Suite 800
   Plano, Texas 75024
4  Telephone: (214) 560-5460
5  Facsimile:  (214) 871-2111
   jbergh@qslwm.com
6  *Counsel for Trans Union LLC*

7

8  **Designated Attorney for Personal Service**
   Trevor Waite, Esq.
   Nevada Bar No.: 13779
9  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, NV 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| DONNA GIVENS, | Case No. 2:19-cv-01577-JCM-DJA |
|---|---|
| Plaintiff, | **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| v. | |
| SETERUS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC, | |
| Defendants. | |

Plaintiff Donna Givens ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Second Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 10, 2019, Plaintiff filed her Complaint. On October 2, 2019, Trans Union filed the First Joint Motion Extending Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 23, 2019. The allegations in Plaintiff's complaint date back to November 2018 and relate to one account allegedly reporting on Plaintiff's credit file. Trans Union needs additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff and Trans Union are also exploring the possibility of an early resolution of Plaintiff's claims against Trans Union.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 13, 2019. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 23rd day of October 2019.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*

Jennifer Bergh
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**KNEPPER & CLARK, LLC HAINES & KRIEGER, LLC**

*/s/ Shaina R. Plaksin*

Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
Shaina R. Plaksin, Nevada Bar No. 13935
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

4038279.1

2

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 28th day of October 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4038279.1