Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. GIVENS, | Case No.: 2:19-cv-01577-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS** |
| vs. | |
| SETERUS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Donna M. Givens ("Plaintiff"), by and through her counsel of record, and

Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS
[FIRST REQUEST] - 1

1.      On September 10, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2.      On November 13, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.25].

3.      Plaintiff's Response is due November 27, 2019.

4.      Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Trans Union's deadline to file a reply in support of her motion for fourteen days for the same reasons.  The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy.  As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **December 11, 2019** and to extend the date for Trans Union to file their Reply until **December 18, 2019**.

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper

purpose.

IT IS SO STIPULATED.
Dated November 26, 2019.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>Shaina R. Plaksin, Esq., NBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148 | Jennifer R. Bergh, Esq., NBN 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024 |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., NBN 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123 | **ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., NBN 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149 |
| *Counsel for Plaintiff* | *Counsel for Defendant*<br>*Trans Union LLC* |
| **CLARK HILL PLLC** | **WRIGHT FINLAY & ZAK, LLP** |
| /s/ *Jeremy J. Thompson* | /s/ *Ramir M. Hernandez* |
| Jeremy J. Thompson, Esq., NBN 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169 | R. Samuel Ehlers, Esq., NBN 9313<br>Ramir M. Hernandez, Esq., NBN 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| *Counsel for Defendant*<br>*Equifax Information Services LLC* | *Counsel for Defendant*<br>*Seterus, Inc.* |

**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: November 26, 2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [FIRST REQUEST] - 3