Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNA M. GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>SETERUS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01577-JCM-DJA<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE - 1

IT IS SO STIPULATED.
Dated November 27, 2019.

| **KNEPPER & CLARK LLC** | **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>Shaina R. Plaksin, Esq., NBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Jennifer R. Bergh, Esq., NBN 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq., NBN 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq., NBN 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant*<br>*Trans Union LLC* |
| *Counsel for Plaintiff* | |
| **CLARK HILL PLLC** | **WRIGHT FINLAY & ZAK, LLP** |
| /s/ *Jeremy J. Thompson* | /s/ *Ramir M. Hernandez* |
| Jeremy J. Thompson, Esq., NBN 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | R. Samuel Ehlers, Esq., NBN 9313<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Email: sehlers@wrightlegal.net<br>Email: rhernandez@wrightlegal.net<br><br>*Counsel for Defendant*<br>*Seterus, Inc.* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

DATED December 2, 2019.

STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE - 2